UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   
WHITE, MARCIA E.

Case No.: 16-30157  
Chapter: 7 -- Liquidation  
Judge: JOHN K. SHERWOOD

**NOTICE OF PROPOSED ABANDONMENT**

 Nicholas J. Delzotti , Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable JOHN K. SHERWOOD on 07/11/2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 74 Greenwood Avenue<br>East Orange, NJ<br>Property has a fair market value of $ 30,000.00 per Allstate Appraisal |
|---|---|

| Liens on property: | Mortgage is held by<br>Deutsche Bank and Trust Company<br>with a balance of<br>$117,045.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Nicholas J. Delzotti  
Address:    PO Box, 20117, Newark, NJ 07102  
Telephone No.:    (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30157-JKS
Marcia E. White                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: May 31, 2017
                              Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
```
db            +Marcia E. White,    1640 Hillscrest Terrance,    Union, NJ 07083-4380
cr            +BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516459574      Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
516459577     +City of Newark, Division of Water,    Billing Customer Service,    920 Broad Street,
                Newark , NJ 07102-2660
516459576     +Lighting Brook Condominium Association,    552 Franklin Ave,    Nutley, NJ 07110-1720
516459581     +Montclair Building Dept,    205 Claremont Ave, 2nd Fl,    Montclair, NJ 07042-3401
516459582      New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
516459578     +Sav-It Enterprises,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516459580     +State of New Jersey,    Dept of Community Affairs,    Bureau of Housing Inspection,
                101 South Broad St,    Trenton, NJ 08608-2401
516459583      Strategic Recovery Group,    PO Box 52238,    Idaho Falls, ID 83405-2238
516459572     +Wells Fargo Home Mortgage,    PO Box 14597,    Des Moines, IA 50306-3597
516459575     +Woodbridge Commons Association,    80 South Jefferson Road 2nd Fl,    Whippany, NJ 07981-1056
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 31 2017 23:40:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2017 23:40:30     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516459571     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 31 2017 23:40:51
                Bayview Loan Servicing,    4425 Ponce De Leon,    Coral Gables, FL 33146-1837
516459573      E-mail/Text: bankruptcy.bnc@ditech.com May 31 2017 23:40:21     Ditech,    PO Box 6172,
                Rapid City, SD 57709-6172
                                                                                             TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516459579     ##+Delvin Foster,    1165 Clinton Ave, Apt 2,    Irvington, NJ 07111-2044
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series
               2006-WFHE3 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Michael Frederick Dingerdissen    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE
               LIMITED LIABILITY COMPANY nj.bkecf@fedphe.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,    NJ58@ecfcbis.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```