| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: michael.a.artis@usdoj.gov | Order Filed on June 14, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Marcia E. White,<br><br>Debtor. | Case No. 16-30157 (JKS)<br><br>Hearing Date: June 13, 2017, at 10:00 a.m.<br><br>Judge: The Honorable John K. Sherwood |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: June 14, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Marcia E. White

Chapter 7 Case No. 16-20157 (JKS)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

___

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3), or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **July 18, 2017;** and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727.