| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>783835<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY | |
| In Re:<br><br>MARCIA E. WHITE | Case No: 16-30157 - JKS<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 7 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Phelan Hallinan Diamond & Jones, PC</u>, will be substituted as attorney of record for secured creditor BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY in this case.

Date: 8/24/2017

/s/ Michael Dingerdissen
Signature of Attorney

Date: 8/24/2017

/s/ Andrew Spivack
Andrew Spivack, Esq.
Superseding Attorney
Phelan Hallinan & Diamond, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email:andrew.spivack@phelanhallinan.com

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>783835<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for BAYVIEW LOAN SERVICING, LLC,<br>A DELAWARE LIMITED LIABILITY COMPANY |  |
| In Re:<br><br>MARCIA E. WHITE | Case No: 16-30157 - JKS<br><br>Hearing Date: _____<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 7 |

## CERTIFICATION OF SERVICE

1. I, Maritza Blumenthal:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 9, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 9, 2017         /s/ *Maritza Blumenthal*
                                      Maritza Blumenthal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MARCIA ELAINE WHITE<br>1640 HILLCREST TERRACE<br>UNION, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| PRO SE | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| NICHOLAS J. DELZOTTI, Trustee<br>P.O. BOX 20117<br>NEWARK, NJ 07101 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.